NUEMAN, Respondent, *v.* NEW YORK EL. R. Co. *et al.*, Appellants.

(*Superior Court of New York City, General Term.*  January 11, 1892.)

Appeal from special term.

Action by Katharine Nueman against the New York Elevated Railroad Company and the Manhattan Railway Company for an injunction to restrain the maintenance and operation of defendants' elevated railroad in the street abutting plaintiff's premises, and for damages.

Argued before FREEDMAN, MCADAM, and GILDERSLEEVE, JJ.

*Davies & Rapallo*, for appellants.  *Peckham & Tyler*, for respondent.

GILDERSLEEVE, J. The judgment restrains and enjoins the defendants from the further maintenance and operation of their elevated railroad in front of plaintiff's premises, No. 985 Third avenue, in the city of New York, but provides that if the defendants shall pay or tender to the plaintiff, within a

time specified by the judgment, the sum of $2,500, with interest thereon from October 20, 1890, the day the action came on to be tried, as and for payment of the value of the easements appurtenant to plaintiff's said premises, and accept a grant or conveyance of such easements, duly executed by the plaintiff and by all persons holding mortgages on said premises, no injunction shall issue. It also awards to plaintiff the sum of $2,044.62, as and for past damages, together with $232.49, costs and disbursements. We are of opinion that the preponderance of evidence sustains the findings of the court below, and justifies the judgment. The case seems to have been carefully tried, and we find no error in the rulings that would warrant a reversal. Judgment appealed from is affirmed, with costs.